AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| ABDULRAHMAN ALYAHYA, Individually and on Behalf of All Others Similarly Situated,<br>*Plaintiff(s)*<br>v.<br>Blaize Holdings, Inc., Dinakar Munagala, Harminder Sehmi, Edward Frank, Lane Bess, Juergen Hambrecht, Tony Cannestra, George de Urioste, Yoshiaki Fujimori, Northland Securities, Inc., and The Benchmark Company, LLC,<br>*Defendant(s)* | Civil Action No. 2:26-cv-10609 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Blaize Holdings, Inc.
4659 Golden Foothill Parkway
Suite 206
El Dorado Hills, CA 95762

(See Attachment A for additional defendants to be served)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kristen O'Connor
Johnson Fistel, PLLP
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone:(619) 230-0063
KristenO@johnsonfistel.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❐ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

*Abdulrahman Alyahya v. Blaize Holdings, Inc., et al.*,

Case No. 2:26-cv-10609

**ATTACHMENT A TO SUMMONS**

*Additional Defendants to be Served:*

DINAKAR MUNAGALA
c/o Blaize Holdings, Inc.
4659 Golden Foothill Parkway,
Suite 206
El Dorado Hills, CA 95762

HARMINDER SEHMI
c/o Blaize Holdings, Inc.
4659 Golden Foothill Parkway,
Suite 206
El Dorado Hills, CA 95762

EDWARD FRANK
c/o Blaize Holdings, Inc.
4659 Golden Foothill Parkway,
Suite 206
El Dorado Hills, CA 95762

LANE BESS
c/o Blaize Holdings, Inc.
4659 Golden Foothill Parkway,
Suite 206
El Dorado Hills, CA 95762

JUERGEN HAMBRECHT
c/o Blaize Holdings, Inc.
4659 Golden Foothill Parkway,
Suite 206
El Dorado Hills, CA 95762

TONY CANNESTRA
c/o Blaize Holdings, Inc.
4659 Golden Foothill Parkway,
Suite 206
El Dorado Hills, CA 95762

GEORGE de URIOSTE
c/o Blaize Holdings, Inc.
4659 Golden Foothill Parkway,
Suite 206
El Dorado Hills, CA 95762

YOSHIAKI FUJIMORI
c/o Blaize Holdings, Inc.
4659 Golden Foothill Parkway,
Suite 206
El Dorado Hills, CA 95762

NORTHLAND SECURITIES, INC.
150 South 5th Street,
Suite 3300
Minneapolis, MN 55402

THE BENCHMARK COMPANY, LLC
150 East 58th Street,
17th Floor
New York, NY 10155